IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE I. JOHNSON,   No. CIV S-06-1745-MCE-CMK-P

  Plaintiff,

  vs.   ORDER

SCOT KERNAN, et al.,

  Defendants.

_____/

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's first amended complaint (Doc. 8), filed on October 2, 2006. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

In the original complaint, plaintiff named as defendants Kernan, Roth, Glantz, Kennedy, Flint, Swopes, Mason, Lynch, Jefferies, Martinez, and Lea, and claimed:

> A inmate who was single cell status for years due to his mental and emotional disorders was placed in a cell with me on 11-25-2004, on numerous occaustions I asked officers of 5 Block to please move inmate Stewart. All officers was approached. Officer Swopes, Mason, Lynch, Jefferies, Martinez, and all sgt's were approached about a cell move. Sgt.

1  Glantz, Lt. Flint, Cpt. Lea, Sgt. Roth, Sgt. Kennedy.  All cell move slips
2  were filled out and to no avail the cell move never happened.  This negligence caused inmate Stewart to have a mental collapse, and I
3  suffered serious bodily injury by having boiling hot water thrown onto me by inmate Stewart which caused serious second degree burns to my face,
4  head, neck and shoulder areas and my left eye was fractured due to this assault on 1-16-2005.  Upon return from the hospital on 1-18-2006, Lt.
5  Flint placed me in Ad-Seg not the hospital wing, no treatment.

6  The court dismissed with leave to amend, saying: (1) plaintiff had not adequately alleged

7  supervisory liability as against defendant Kernan; (2) plaintiff had not stated an Eighth

8  Amendment claim based on inmate safety because he had not alleged that defendants knew of a

9  safety risk posed by inmate Stewart; and (3) plaintiff had not stated an Eighth Amendment

10 claims based on medical treatment because he had not alleged any serious condition which

11 required care upon his return from the hospital.

12            Having reviewed the allegations set forth in the first amended complaint, the

13 court finds that it appears that plaintiff now states a cognizable claim for relief pursuant to 42

14 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable

15 opportunity to prevail on the merits of this action.  The court, therefore, finds that service is

16 appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is

17 informed, however, that this action cannot proceed further until plaintiff complies with this

18 order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the

19 action.  See Local Rule 11-110.

20            Accordingly, IT IS HEREBY ORDERED that:

21       1.   Service is appropriate for the following defendant(s):

22            KERNAN,

23            ROTH,

24            GLANTZ,

25            KENNEDY,

26            FLINT,

SWOPES,

MASON,

LYNCH,

JEFFERIES,

MARTINEZ, and

LEA;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the first amended complaint filed October 2, 2006; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. 11 completed USM-285 form(s); and

    d. 12 copies of the endorsed first amended complaint.

DATED: October 18, 2006.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
5
6 GEORGE I. JOHNSON,                         No. CIV S-06-1745-MCE-CMK-P
            Plaintiff,
7       vs.
  SCOT KERNAN, et al.,
8           Defendants.
9                                   /
                    NOTICE OF SUBMISSION OF DOCUMENTS
10       Plaintiff hereby submits the following documents in compliance with the court's order:
11
            __1__      completed summons form;
12          _____      completed USM-285 form(s); and
                       copies of the first amended complaint.
13
   DATED: _____         _____
14

4