IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | No. CIV S-06-1745-MCE-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER TO SHOW CAUSE</u> |
| SCOT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Process directed to defendants Lynch and Martinez was returned unexecuted on January 25, 2007, because the United States Marshal was unable to identify them based on the information provided by plaintiff. On February 8, 2007, the court issued an order advising plaintiff of ways in which he could obtain more identifying information, including the use of the civil discovery process. To date, plaintiff has not provided additional identifying information, and defendants Lynch and Martinez remain unserved. Dismissal of these defendants pursuant to Federal Rule of Civil Procedure 4(m), which requires timely service, appears to be appropriate.

///

1

Accordingly, IT IS HEREBY ORDERED that, within 30 days of the date of this order, plaintiff shall show cause in writing why defendants Lynch and Martinez should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

DATED: July 26, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE