1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GEORGE I. JOHNSON,                        No. CIV S-06-1745-MCE-CMK-P

12              Plaintiff,

13        vs.                                   <u>FINDINGS AND RECOMMENDATIONS</u>

14   SCOT KERNAN, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.

19              Process directed to defendants Lynch and Martinez was returned unexecuted on

20   January 25, 2007, because the United States Marshal was unable to identify them based on the

21   information provided by plaintiff.  On February 8, 2007, the court issued an order advising

22   plaintiff of ways in which he could obtain more identifying information, including the use of the

23   civil discovery process.  To date, plaintiff has not provided additional identifying information,

24   and defendants Lynch and Martinez remain unserved.

25   / / /

26   / / /

1

On July 27, 2007, the court directed plaintiff to show cause why defendants Lynch and Martinez should not be dismissed for failure to effect service.  Plaintiff filed a response on August 24, 2007.  In his response, plaintiff asserts that prison officials have either denied or ignored his requests for additional information.  Plaintiff attaches prison officials' response to his request.  That response indicates that plaintiff had not provided specific enough identifying information for Lynch and Martinez and also states that, if plaintiff provided more information, the request could be granted.  In particular, the response from prison officials states:

> . . . You are requesting ". . . the full names of Correctional Officers that were or are employees at CSP-Sac of 11-2004 through 1-2005 on C-Yard Building 5, Officers 'Martinez' and 'Lynch.'"

> The California Department of Corrections and Rehabilitation (CDCR) reviewed your request and . . . denied your request for the following reason(s):

> The individuals cannot be identified based on the information you provided.  We attempted a search and discovered that there were five Correctional Officers named "Martinez" at our institution at that time, and two Correctional Officers named "Lynch."  After examining records, it is determined that neither "Lynch" worked C-Yard Building 5.  There were multiple Officers named "Martinez" that worked C-Yard Building 5.

> If you are able to provide us with a specific date and watch we may be able to fulfill your request.

Plaintiff has not, however, demonstrated that he followed up with additional information.  Dismissal of these defendants pursuant to Federal Rule of Civil Procedure 4(m), which requires timely service, is now appropriate.

Based on the foregoing, the undersigned recommends that defendants Martinez and Lynch be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect service.

/ / /

/ / /

/ / /

/ / /

1     These findings and recommendations are submitted to the United States District

2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days

3  after being served with these findings and recommendations, any party may file written

4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5  Findings and Recommendations."  Failure to file objections within the specified time may waive

6  the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7

8

9   DATED:  October 2, 2007

10                                                              CRAIG M. KELLISON

11                                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26