IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | No. CIV S-06-1745-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SCOT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 2, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 2, 2007, are adopted in full;

2. Defendants Martinez and Lynch are dismissed from this action pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect service;

3. This action shall proceed against defendants Kernan, Roth, Glantz, Kennedy, Flint, Swopes, Mason, Jefferies, and Lea, all of whom have appeared in the action; and

4. The Clerk of the Court is directed to terminate Lynch and Martinez as defendants to this action.

Dated: October 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE