IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | No. CIV S-06-1745-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SCOT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are: (1) plaintiff's request for an extension of time to file his pre-trial statement (Doc. 35); and (2) defendants' request to vacate the remainder of the court's scheduling order (Doc. 36).  On July 27, 2007, the court issued an order which, among other things, vacated the due dates for the parties to file pre-trial statements and also vacated the trial date.  Therefore, the parties' requests are denied as unnecessary.

IT IS SO ORDERED.

DATED: November 1, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1