IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | No. CIV S-06-1745-MCE-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| SCOT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 21, 2008, the court issued findings and recommendations and provided a 20-day objection period.  On May 23, 2008, the court granted a 30-day extension of the objection deadline to June 23, 2008.  On June 4, 2008, plaintiff filed a request for a further extension of time.  He has not, however, specified how much additional time is needed or why additional time is needed beyond the currently extended deadline of June 23, 2008.  Therefore, the June 4th request for additional time is denied.

/ / /

/ / /

/ / /

In his June 4th request, plaintiff also seeks an order directing defendants to grant him permission to contact two inmates in order to obtain their statements.  Because plaintiff has not demonstrated why the inmates' statements are needed, this request is also denied.

Objections to the April 21, 2008, findings and recommendations remain due by June 23, 2008.

IT IS SO ORDERED.

DATED:  June 10, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE