IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | No. CIV S-06-1745-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SCOT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2008, the court issued findings and recommendations and provided a 20-day objection period. On May 23, 2008, the court granted a 30-day extension of the objection deadline to June 23, 2008. Plaintiff now seeks a further 30-day extension of time because he does not have access to the prison law library due to a lock-down. Good cause appearing therefor, the request is granted.[1]

/ / /

---

[1] On June 4, 2008, plaintiff filed a request for a further extension of time. Because he did not specify how much additional time is needed or why additional time is needed, that request was denied.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   Plaintiff's motion for an extension of time (Doc. 48) is granted; and

3    2.   The parties may file objections to the court's April 21, 2008, findings and recommendations within 30 days of the date of this order.

DATED: June 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE