IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE I. JOHNSON, | No. CIV S-06-1745-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SCOT KERNAN, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On April 21, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2008, are adopted in full;

2. Plaintiff's medical care and retaliation claims are dismissed;

3. Defendants' motion for summary judgment (Doc. 33) on the remaining claim(s) is granted; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE