1

2

3

4

5

6

7

8       **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  GEORGE I. JOHNSON,                          No. CIV S-06-1745-MCE-CMK-P

12              Plaintiff,

13       vs.                                    ORDER

14  SCOT KERNAN, et al.,

15              Defendants.

16  _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  On April 21, 2008, the court issued findings and recommendations and

19  provided a 20-day objection period.  On May 23, 2008, the court granted a 30-day extension of

20  the objection deadline to June 23, 2008.  On June 4, 2008, plaintiff filed a request for a further

21  extension of time.  Because he did not specify how much additional time was needed or why, the

22  request was denied.  On June 24, 2008, plaintiff requested and was granted a second 30-day

23  extension of time.  Pending before the court is plaintiff's motion for a third 30-day extension of

24  time (Doc. 50) to file objections to the April 21, 2008, findings and recommendations.

25  / / /

26  / / /

1

1          In his motion, plaintiff states that he requires additional time because he has not

2    had access to the prison law library.  The court finds that this is insufficient cause for an

3    extension.  Specifically, the findings and recommendations issued on April 21, 2008, relate to

4    defendants' motion for summary judgment.  Plaintiff's claims in this case arise from alleged

5    Eighth Amendment violations and do not involve novel or complex issues of law requiring legal

6    research.  The findings and recommendations recommend granting defendants' motion based on

7    the undisputed facts, not on any complex rule of law.  Therefore, plaintiff does not require

8    additional time in the law library in order to prepare objections.  If there are facts which would

9    defeat summary judgment, they will not be found as a result of more time in the law library.

10         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a third

11   extension of time (Doc. 50) is denied.

12

13   DATED: August 4, 2008

14

15                                         **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26